[No. 40763-9-II. Division Two. October 4, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS WAYNE BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 09-1-00723-1, Stephen M. Warning, J., entered May 13, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[No. 40866-0-II. Division Two. October 4, 2011.]

DAVID K. CHESTER, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-2-00288-7, Wm. Thomas McPhee, J., entered May 28, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[No. 40977-1-II. Division Two. October 4, 2011.]

ROBERT CHAMBERS, *as Personal Representative, Respondent*, v. McGEE GUEST HOME, INC., *Petitioner*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 09-2-00633-1, David L. Edwards, J., entered June 15, 2010. *Reversed* and *remanded* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 41153-9-II. Division Two. October 4, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. K'ALIAH M. OSZMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-1-00127-4, F. Mark McCauley, J., entered August 2, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Armstrong, J.